# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-00181-CKK |
| | : | |
| DANIEL RAY CALDWELL | : | |
| | : | |
| Defendant. | : | |
| | : | |

## GOVERNMENT SENTENCING EXHIBITS

| | Exhibit | Length | Description |
|---|---|---|---|
| 1. | Access2Activism Clip | 01:42 | Mr. Caldwell confronting police at Lower West Terrace (LWT) |
| 2. | BWC – MT | 00:58 | Body Worn Camera (BWC) video of Mr. Caldwell spraying police and effects |
| 3. | BWC – HF | 00:24 | Body Worn Camera (BWC) video of Mr. Caldwell spraying police |
| ✓ 4. | BWC – MS | 00:31 | Body Worn Camera (BWC) video of Mr. Caldwell spraying police and effects |
| ✓ 5. | BWC – JC | 00:41 | Body Worn Camera (BWC) video of Mr. Caldwell spraying police and effects |
| 6. | BWC – SCB | 00:40 | Body Worn Camera (BWC) video of Mr. Caldwell spraying police and effects |
| ✓ 7. | BWC – Spray it again | 00:36 | Body Worn Camera (BWC) video of Mr. Caldwell daring police to "spray it again" |
| 8. | BWC – Are you afraid | 00:21 | Body Worn Camera (BWC) video |

|  |  |  | of Mr. Caldwell asking if police are scared |
|---|---|---|---|
| ✓ 9. | Storm the Capitol w/dream floral | 00:12 | Video of Mr. Caldwell spraying police |
| 10. | What Parler Saw | 00:44 | Mr. Caldwell's explanation of Spraying |
| 11. | You are all complicit | 01:07 | Mr. Caldwell yelling at police |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052

By:

_____/s/ James D. Peterson_____
James D. Peterson
Special Assistant United States Attorney
Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor
Washington, D.C. 20530
Desk: (202) 353-0796
Mobile: (202) 230-0693
James.d.peterson@usdoj.gov

2