UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        21-CR-181 (CKK)

  v.

DANIEL CALDWELL,
   Defendant.

**<u>MOTION FOR APPROVAL OF CJA CLAIM FOR COMPENSATION</u>**

Comes now Robert L. Jenkins, Jr., former counsel for the defendant, DANIEL

CALDWELL, and moves this Honorable Court approve his claim for compensation pursuant to

the Criminal Justice Act.  In support of which, counsel states the following:

1. Counsel was appointed by this Honorable Court to serve as counsel for the defendant in

   the above-styled matter pursuant to the Criminal Justice Act, 18 U.S.C. 3006(A).

2. In connection with his representation counsel has submitted a claim for compensation

   for approval by this Honorable Court.  Details of the submission are as follows:

**Vouchers on File**

| Case | Defendant | Type | Status | Date Entered |
|---|---|---|---|---|
| To group by a particular Header, drag the column to this area. | | | Search: | |
| 1:21-CR-00181-CKK- <br> Start: 09/12/2022 <br> End: 10/24/2022 | DANIEL RAY CALDWELL (# 1) <br> Claimed Amount: 2,588.00 | CJA-20 <br> Robert Lee Jenkins | Submitted to Court <br> 0090.1459292 <br> INTERIM PAYMENT  3 | 12/20/2024 |
| 1:21-CR-00181-CKK- <br> Start: 01/04/2023 <br> End: 02/01/2023 | DANIEL RAY CALDWELL (# 1) <br> Claimed Amount: 5,263.67 | CJA-20 <br> Robert Lee Jenkins | Submitted to Court <br> 0090.1504249 <br> FINAL PAYMENT | 08/02/2024 |

3. The voucher for final payment has been pending for more than 14 months. Some of the

   work was performed more than 3 years ago.

4. Since 1995, counsel has accepted appointments under the Criminal Justice Act to represent indigent

   defendants.

5. Counsel is a partner in a small private law firm.

6. The extraordinary delay in approval of the claim for compensation has presented a financial hardship to counsel.

7. Although counsel is aware of the current congressional budget impasse which may further delay approved claims being compensated, he urges this Honorable Court to take action to approve these claims.

8. Counsel has exhausted efforts to resolve this issue with the Federal Public Defenders Office and request immediate action.

I ASK FOR THIS:

_____

Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant DANIEL CALDWELL

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record on this September 20, 2025.

_____

Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant DANIEL CALDWELL